IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA THOMAS,<br><br>    **Plaintiff**,<br><br>    v.<br><br>GRANT & WEBBER, and OAK VALLEY DISTRICT HOSPITAL FOUNDATION,<br><br>    **Defendants**. | 1:13-CV–122 AWI GSA<br><br>**ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF OAK VALLEY DISTRICT HOSPITAL FOUNDATION ONLY** |

    On July 12, 2013, Plaintiff filed a notice of voluntary dismissal without prejudice as to Defendant Oak Valley District Hospital Foundation only.

    Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

"The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995).

Because no answers or summary judgment motions have been filed or served, Oak Valley District Hospital Foundation has been terminated from this case. See Fed. R. Civ. P. 41(a); Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that Defendant Oak Valley District Hospital Foundation is DISMISSED from this case without prejudice in light of the Plaintiff's Rule 41(a)(1)(A)(i) notice of dismissal.

IT IS SO ORDERED.

Dated:   July 15, 2013

SENIOR DISTRICT JUDGE

2