# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATRINA THOMAS** <br><br> Plaintiff, <br><br> v. <br><br> **GRANT & WEBER,** <br><br> Defendant. | Case No: 1:13-cv-00122-AWI-GSA <br><br> **ORDER GRANTING PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** <br><br> **HON. ANTHONY W. ISHII** |

Based upon the Plaintiff's Notice of Request for Voluntary Dismissal of Action with Prejudice, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each side is to bear their own attorney's fees and costs.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  September 30, 2013          _____

SENIOR DISTRICT JUDGE